UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| STEVEN J. SANTORE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| STEVEN V. COONS and | ) |
| DALTON HEALTH GROUP, LLC, | ) |
| | ) |
| Defendants, | ) |

# 03 - 30288 - KPN

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of defendant Dalton Health Group, LLC in the above-captioned matter.

DALTON HEALTH GROUP, LLC,

By its attorneys,

Thomas E. Peisch BBO# 393260

Michael R. Bernardo BBO#648310
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

DATED:  November 26, 2003

## CERTIFICATE OF SERVICE

I, Michael R. Bernardo, hereby certify that on this date I served a copy of the foregoing Notice of Appearance on all parties by mailing a copy thereof, postage prepaid, to:

Mitchell I. Greenwald, Esq.
29 Wendell Avenue
Pittsfield, MA 01201

Dennis R. Anti, Esq.
1500 Main Street
Suite 2400
Springfield, MA 01115

Michael R. Bernardo, Esq.

DATED:  November 26, 2003

188165.1