UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-CV-30288-KPN

| | |
|---|---|
| STEVEN J. SANTORE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| STEVEN V. COONS and | ) |
| DALTON HEALTH GROUP, LLC, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT, DALTON HEALTH GROUP, LLC'S, MOTION TO DISMISS THE COMPLAINT OF PLAINTIFF, STEVEN J. SANTORE, SR., FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Pursuant to Fed.R.Civ.P. 12(b)(6), Defendant Dalton Health Group, LLC ("Dalton") moves to dismiss the Complaint of Plaintiff, Steven J. Santore, Sr. ("Santore") for failure to state a claim upon which relief can be granted. As grounds, Dalton states that Santore has failed to allege facts sufficient to entitle him to relief under a negligence theory of liability. Specifically, Santore has failed to show that Dalton owed him a legal duty, that Dalton breached such a duty or that such breach proximately caused his alleged injuries.

Further grounds in support of this Motion are set forth in the supporting Memorandum filed herewith.

Respectfully Submitted,

DALTON HEALTH GROUP, LLC,

By its attorneys,

*/s/ Michael Bernardo*

Thomas E. Peisch BBO# 393260
Michael R. Bernardo BBO#648310
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

DATED: December 1, 2003

## CERTIFICATE OF SERVICE

    I, Michael R. Bernardo, hereby certify that on this date I served a copy of the foregoing document on all parties by mailing a copy thereof, postage prepaid, to:

Mitchell I. Greenwald, Esq.
29 Wendell Avenue
Pittsfield, MA 01201

Dennis R. Anti, Esq.
1500 Main Street
Suite 2400
Springfield, MA 01115

Dated: December 1, 2003

                                            Michael R. Bernardo, Esq.

188899.1