UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-CV-30288-KPN

| | |
|---|---|
| STEVEN J. SANTORE, SR., | ) |
| Plaintiff, | ) |
| V. | ) |
| STEVEN V. COONS and DALTON HEALTH GROUP, LLC, | ) |
| Defendants, | ) |

## CERTIFICATION OF COMPLIANCE WITH RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

I, Michael R. Bernardo, counsel for defendant, Dalton Health Group, LLC ("DHG"), certify that I conferred with Mitchell I. Greenwald, counsel for the plaintiff, Steven J. Santore, Sr., via telephone conference on December 1, 2003, in a good faith effort to resolve or narrow the issues set forth in DHG's Motion to Dismiss, filed herewith. Counsel were unsuccessful in resolving or narrowing the issues raised in the Motion.

2

                    Respectfully Submitted,

                    DALTON HEALTH GROUP, LLC,

                    By its attorneys,

                    _/s/ Michael Bernardo_
                    Thomas E. Peisch BBO# 393260
                    Michael R. Bernardo BBO#648310
                    Conn Kavanaugh Rosenthal Peisch & Ford, LLP
                    Ten Post Office Square
                    Boston, MA 02109
                    (617) 482-8200

DATED: December 1, 2003

## CERTIFICATE OF SERVICE

    I, Michael R. Bernardo, hereby certify that on this date I served a copy of the foregoing document on all parties by mailing a copy thereof, postage prepaid, to:

Mitchell I. Greenwald, Esq.
29 Wendell Avenue
Pittsfield, MA 01201

Dennis R. Anti, Esq.
1500 Main Street
Suite 2400
Springfield, MA 01115

Dated: December 1, 2003

*/s/ Michael Bernardo*
Michael R. Bernardo, Esq.

189061.1