UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-CV-30288-KNP

| | |
|---|---|
| STEVEN J. SANTORE, SR., <br>     Plaintiff <br><br> v. <br><br> STEVEN V. COONS, and DALTON <br> HEALTH GROUP, LLC. <br>     Defendants | **PLAINTIFF'S MOTION FOR <br> ENLARGEMENT OF TIME** |

    Plaintiff hereby moves that plaintiff's time to respond to Defendant Dalton Health Group, LLC's Motion to Dismiss be extended by two weeks, to and including December 29, 2003. All other parties have assented to this Motion.

                                               Mitchell I. Greenwald
                                               Attorney for Plaintiff
                                               Katz, Murphy & Greenwald
                                               29 Wendell Avenue
                                               Pittsfield, MA 01201
                                               (413) 443-5957
                                               BBO# 542032

Assented to:

_____
Michael R. Bernardo, Esquire
Attorney for Dalton Health Group, LLC.
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200
BBO# 648310

_____
John C. Flahive, Esquire
Attorney for Steven V. Coons
Morrison, Mahoney & Miller, LLP
1500 Main Street
Springfield, MA 01115
(413) 231-1247
BBO# 559166