UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN SANTORE
       Plaintiff            CIVIL / CRIMINAL

                                   CASE NO.  03-30288
   V.

STEVEN COONS
       Defendant

**NOTICE**

PONSOR
          D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for Hearing on Motion To Dismiss on   2/20/04   at   2:30   P.M. before Judge PONSOR in Courtroom #  2  on the  5th  floor.

                                                                             TONY ANASTAS,
                                                           CLERK OF COURT

1/22/04                                           /s/Elizabeth A. French
                                               By:
    Date                                             Deputy Clerk

Notice mailed to:

All counsel of record