UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
STEVEN J. SANTORE, SR.,           )
Plaintiff                         )
                                  )
             v.                   )  CIVIL ACTION NO. 03-30288-MAP
                                  )
STEVEN V. COONS, ET AL,           )
Defendants                        )
```

PRETRIAL SCHEDULING ORDER

February 24, 2004

PONSOR, D.J.

Counsel appeared before this court for argument on co-defendant Dalton Health Group's Motion to Dismiss on February 20, 2004. At that time, the court denied the Motion to Dismiss and conducted a pretrial scheduling conference. Based on counsel's representations, the court orders as follows:

    1. All interrogatories and requests for production will be served no later than March 31, 2004.

    2. Plaintiff will convey to defendants a report as required by Fed. R. Civ. P. 26(a)(2) regarding any expert whose testimony will be offered at trial, no later than April 30, 2004.

    3. Defendants will convey to plaintiff their Rule 26(a)(2) reports no later than May 31, 2004.

    4. All depositions will be completed and all discovery will close on July 31, 2004.

    5. Counsel will appear again before this court for a final pretrial conference on August 27, 2004 at 2:00 p.m. At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the

attached order.  Please note: failure to file a final pretrial memorandum as ordered may result in default or dismissal.

It is So Ordered.

                                    /s/ Michael A. Ponsor
                                    MICHAEL A. PONSOR
                                    United States District Judge