UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CASE NO.: 03-CV-30288-MAP

STEVE J. SANTORE, SR., )
      Plaintiff )
)
v. )
)
STEVEN J. COONS and )
DALTON HEALTH )
GROUP, LLC )
      Defendants )
_____ )

## NOTICE OF WORKERS' COMPENSATION LIEN
## PURSUANT TO M.G.L. Ch. 152 § 15

NOW COMES, Roadway Express, Inc., duly licensed by the Commonwealth of Massachusetts, and pursuant to M.G.L. Ch. 152 §15, and hereby notifies all of the above-captioned parties in this matter of Roadway Express, Inc.'s lien on any recovery by the Plaintiff in this matter. The Plaintiff, Steven J. Santore, Jr. was a driver for Roadway Express, Inc. Pursuant to M.G.L. Ch. 152 § 15, the Workers' Compensation Insurer must be notified, and consent to any and all settlements and/or distribution of a Plaintiff's verdict or settlement in this case, and provided with an opportunity to be heard regarding the distribution of any proceeds the Plaintiff may obtain from this litigation.

Date:   April  , 2004

Respectfully Submitted,
Roadway Express, Inc.
By Its Attorney,

_____
Michael L. Mahoney, Esq.
GIBSON & BEHMAN, P.C.
One Faneuil Hall Marketplace
South Building, 4th Floor
Boston, MA 02109
617-723-9170
BBO# 557562

## CERTIFICATE OF SERVICE

    I, Michael L. Mahoney, certify that I have caused a copy of the within pleading mailed, via first class, to the following individuals on this _6_ day of April, 2004:

Mitchell I. Greenwald, Esq.
Katz, Murphy & Greenwald
A Professional Corporation
29 Wendell Avenue
Pittsfield, MA 01201

Michael R. Bernardo, Esq.
Conn Kavanaugh Rosenthal Pelsch & Ford LLP
Ten Post Office Square
Boston, MA 02109

                                                                     _____
                                                                       Michael L. Mahoney, Esq.