UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

C.A. No. 03-CV-30288-MAP

| | |
|---|---|
| STEVEN J. SANTORE, SR., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>STEVEN V. COONS, and DALTON )<br>HEALTH GROUP, LLC. )<br>)<br>Defendants ) | **STIPULATION OF DISMISSAL** |

Pursuant to Fed R. Civ. P. 41(a)(1)(ii), the parties herein hereby stipulate that this action be dismissed, with prejudice.

_____
Mitchell I. Greenwald, Esquire
Attorney for Plaintiff
Katz, Murphy & Greenwald
29 Wendell Avenue
Pittsfield, MA 01201
(413) 443-5957
BBO# 542032

_____
Michael R. Bernardo, Esquire
Attorney for Dalton Health Group, LLC
Conn Kavanaugh Rosenthal
   Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200
BBO# 648310

_____
John C. Flahive, Esquire
Attorney for Steven V. Coons
Morrison, Mahoney & Miller
1500 Main Street
Springfield, MA 01103
(413) 737-4373
BBO# 559166

MIG:ob:L:\LIT\SANTORE\STIPDISMISS.WPD